THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX KAPLAN and HARRY DOLOWICH, Appellants.

(Argued April 27, 1933; decided May 23, 1933.)

*Leo Guzik* and *Horace London* for appellants.

*Samuel J. Foley, District Attorney (Sol. Boneparth, Herman J. Fliederblum* and *William H. Jackson* of counsel), for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.